

235 Pine Street
Suite 1200
San Francisco, California 94104
Phone: 415.624.8665
Fax: 415.391.1751
www.AlvaradoSmith.com

Catherine S. Meulemans
415.624.2099
cmeulemans@AlvaradoSmith.com

A PROFESSIONAL CORPORATION
INCLUDING PROFESSIONAL CORPORATIONS

Santa Ana
714.852.6800

Los Angeles
213.229.2400

Raymond G. Alvarado,
Retired

September 17, 2012

**VIA CM/ECF ONLY**

Magistrate Judge Paul S. Grewal
U.S. District Court for Northern California
San Jose Courthouse
280 South First Street
Courtroom 4, 5th Floor
San Jose, CA  94113

GRANTED
Paul S. Grewal
Judge Paul S. Grewal

Re:   *Chavez, Raquel v. WaMu, et al.*
      USDC Case No.:  C 12-04393 PSG
      Our File No.:  AL109.2953

Dear Judge Grewal:

We represent defendants, JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Wells Fargo Bank, N.A. in the above-referenced action.  This matter is scheduled for a Case Management Conference on September 25, 2012 commencing at 2:00 p.m.  We are requesting the Court's permission to appear via Court Call.

Thank you for your cooperation in this regard.

Sincerely yours,

**ALVARADOSMITH**
A Professional Corporation

/s/ *Catherine S. Meulemans*

Catherine S. Meulemans

CSM:ms
cc:   Timothy P. Peabody, Esq.