

A PROFESSIONAL CORPORATION
INCLUDING PROFESSIONAL CORPORATIONS

235 Pine Street
Suite 1200
San Francisco, California 94104
Phone: 415.624.8665
Fax: 415.391.1751
www.AlvaradoSmith.com

Catherine S. Meulemans
415.624.2099
cmeulemans@AlvaradoSmith.com

Santa Ana
714.852.6800

Los Angeles
213.229.2400

Raymond G. Alvarado,
Retired

September 17, 2012

**VIA CM/ECF ONLY**

Magistrate Judge Paul S. Grewal
U.S. District Court for Northern California
San Jose Courthouse
280 South First Street
Courtroom 4, 5th Floor
San Jose, CA  94113



Re:  *Chavez, Raquel v. WaMu, et al.*
     USDC Case No.:  C 12-04393 PSG
     Our File No.:  AL109.2953

Dear Judge Grewal:

    We represent defendants, JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Wells Fargo Bank, N.A. in the above-referenced action.  This matter is scheduled for a Case Management Conference on September 25, 2012 commencing at 2:00 p.m.  We are requesting the Court's permission to appear via Court Call.

    Thank you for your cooperation in this regard.

Sincerely yours,

**ALVARADOSMITH**
A Professional Corporation

*/s/ Catherine S. Meulemans*

Catherine S. Meulemans

CSM:ms
cc:  Timothy P. Peabody, Esq.