UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAQUEL CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); JPMORGAN CHASE BANK, N.A., and all such persons claiming by through or under such person, all persons unknown, claiming any legal or equitable title, estate lien or interest in the property described in the complaint adverse to plaintiff's title thereto; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 5:12-CV-04393-LHK<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |

      The hearing on Defendants' Motion to Dismiss, which was scheduled for March 7, 2013, is hereby CONTINUED to June 6, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: February 1, 2013

                                            _Lucy H. Koh_
                                            LUCY H. KOH
                                            United States District Judge